IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SPARKLE HILL, INC., individually and as the representative of a class of similarly-situated persons,<br><br>            Plaintiff,<br><br>     v.<br><br>INVECOR, LLC d/b/a AMB BUSINESS SUPPLY, et als.,<br><br>            Defendants. | Civil No. 13-4172 (NLH/AMD) |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference on December 4, 2013; and the Court noting the following appearances: James C. Shah, Esquire, and Brian Wanca, Esquire, appearing on behalf of the plaintiff; and John H. King, Esquire, and Catherine Weiler, Esquire, appearing on behalf of the defendants; and good cause appearing for the entry of the within Order:

IT IS on this **4th** day of **December 2013**, hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **January 24, 2014 at 10:00 A.M.**. Counsel for plaintiff shall initiate the telephone call.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER** Fed. R. Civ. P. **16(f).**

                                        s/ Ann Marie Donio
                                        ANN MARIE DONIO
                                        UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman