IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SPARKLE HILL, INC., individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>  v.<br><br>INVECOR, LLC d/b/a AMB BUSINESS SUPPLY,<br><br>    Defendant. | Civil No. 13-4172 (NLH/AMD) |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone conference held on the record on January 30, 2015; and the Court noting the following appearances: James C. Shah, Esquire, and Brian Wanca, Esquire, appearing on behalf of the plaintiff; and Catherine Weiler, Esquire, appearing on behalf of the defendant; and good cause appearing for the entry of the within Order:

IT IS on this **30th** day of **January 2015**, hereby **ORDERED**:

1. The time within which to file a motion to amend the pleadings or a motion to join new parties will expire on **April 3, 2015**.

2. The Court will conduct an in-person settlement conference on **June 4, 2015 at 10:00 A.M.**. Clients with settlement authority shall appear in person. Counsel shall exchange and submit settlement memoranda directly to Judge Donio's Chambers at least one week prior to the conference.

      3. Pretrial factual discovery (class and merits) shall be concluded by **July 30, 2015**. All discovery motions and applications pursuant to L. CIV. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

      4. **Depositions**. All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in *Hall v. Clifton Precision*, 150 F.R.D. 525 (E.D. Pa. 1993).

      **The Court shall not permit at trial any witness testimony by video unless the witness is unavailable as set forth in FED. R. CIV. P. 32(a)(4), or unless such deposition use is otherwise permitted under FED. R. CIV. P. 32.**

      5. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                      s/ Ann Marie Donio
                                      ANN MARIE DONIO
                                      UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman