# SWANSON, MARTIN & BELL, LLP

**ATTORNEYS AT LAW**
330 NORTH WABASH • SUITE 3300
CHICAGO, ILLINOIS 60611
(312) 321-9100 • FAX (312) 321-0990

**Catherine Basque Weiler**
(312) 222-8552

E-mail at
cweiler@smbtrials.com

December 16, 2015

Honorable Noel L. Hillman
Mitchell H. Cohen Building
 & U.S. Courthouse
4th & Cooper Streets
Chambers – 3A
Camden, NJ 08101

Re: *Sparkle Hill, Inc. v. Invecor, LLC et al.*
US District Court for the District of New Jersey No. 13-4172
SMB No. 02244-0105

Dear Honorable Judge Hillman:

On behalf of the Defendant, Invecor, LLC, and regarding the motion for class certification filed by Sparkle Hill, Inc., the Defendant has spoken to this Court's chambers and received approval to file a response in opposition to the motion no later than **January 7, 2016.**

Very truly yours,

SWANSON, MARTIN & BELL, LLP

Catherine Basque Weiler

CBW:crf
Enclosure

December 18, 2015
Page 2 of 2

cc:     Honorable Noel L. Hillman (w/encl.)