```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| SPARKLE HILL, INC., *individually and as the representative of a class of similarly-situated persons*, <br>    Plaintiff, <br><br>        v. <br><br> Invecor, LLC, *doing business as* AMB Business Supply, <br>    Defendant. | Civil No. 13-4172 (NLH/AMD) <br><br> **JUDGMENT** |

   IT IS on this   8th   day of   March  , 2018

   ORDERED that JUDGMENT shall be entered in favor of Plaintiff SPARKLE HILL, INC., individually and as the representative of a class of similarly situated persons, and against Defendant INVECOR, LLC, doing business as AMB BUSINESS SUPPLY, in the amount of $17,333,500.00.

                                        s/ Noel L. Hillman
At Camden, New Jersey                   NOEL L. HILLMAN, U.S.D.J.